IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF NEW YORK

*****************************************

MATTHEW QUACKENBUSH,
       Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

       Defendant.

*****************************************

Civil Action No.
04-CV-1315
LEK/GJD

**STIPULATION OF REMAND**

**IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for the parties in the above-entitled action that the final decision of the Secretary is reversed and the case is remanded for rehearing, pursuant to the fourth sentence of 42 U.S.C. § 405(g). The clerk is directed to enter judgment in this case.

Dated: May 11, 2005

/S/ Peter M. Margolius
Peter M. Margolius
Attorney for Plaintiff

Dated: May 6, 2005

GLENN T. SUDDABY
United States Attorney
P.O. Box 7198
100 S. Clinton Street
Syracuse, New York 13261-7198

By:   /S/ William H. Pease
William H. Pease - 102338
Assistant U.S. Attorney

SO ORDERED:
Dated: 5/16/05
Syracuse, New York

GUSTAVE J. DIBIANCO
U.S. MAGISTRATE JUDGE